UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON FONTANEZ, Individually, and On Behalf of All Others Similarly Situated,

Plaintiff,

-against-

PET KING BRANDS, INC.,

Defendant.

Case No. 22-cv-10971-PAE-SLC

**ORDER FOR ADMISSION<br>PRO HAC VICE**

The motion of David M. Kohn for admission to practice Pro Hac Vice in the above captioned-action is granted.

Applicant has declared that he is a member in good standing of the State Bar of California; and that his contact information is as follows:

> Applicant's Name: David M. Kohn
> Firm Name: Lewis Kohn & Walker LLP
> Address: 17085 Via Del Campo
> City/State/Zip: San Diego, CA 92127
> Telephone: (858) 436-1336
> Email: dkohn@lewiskohn.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Pet King Brands, Inc. in the above entitled action;

12350436

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

The Clerk of Court is respectfully directed to close ECF No. 11.

SO ORDERED 03/28/23

SARAH L. CAVE
United States Magistrate Judge

12350436