UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

RAMON FONTANEZ, Individually, and On Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

PET KING BRANDS, INC

                Defendant.

---------------------------------------------------------------x

Case No. 1:22-cv-10971

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  September 26, 2023        **MIZRAHI KROUB LLP**

EDWARD Y. KROUB
225 Broadway, 39th Floor
New York, NY  10007
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com

*Attorneys for Plaintiff*

DATED: September 26, 2023               **KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**

*/s/ Alisa Benintendi*

Alisa Benintendi
500 Fifth Avenue
New York, NY 10110
Phone: (212)-880-9871
Email: Abenintendi@kkwc.Com

*Attorney for Defendant*